Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44165.**—Protest 828662–G of Nolan Hat Co., Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44166.**—Protests 832913- G (B), etc., of Veron & Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44167.**—Protest 835066–G of Eurasia Import Co., Inc. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44168.**—Protest 895776–G (B) of Veron & Co. (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel and on the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44169.**—Protest 916965–G (E) of G. Fantacci (New York).

Opinion by BROWN, J. In accordance with stipulation of counsel on and the authority of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314) the wool hoods in question were held dutiable at 33 cents per pound and 45 percent ad valorem under paragraph 1115 (a) as claimed.

**No. 44170.**—Protest 918899–G of American Straw Goods Co. (New York).